# United States Court of Appeals for the Fifth Circuit

---

No. 24-11031
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 23, 2025

Lyle W. Cayce
Clerk

Edwin Oland Andrus,

*Petitioner—Appellant*,

*versus*

Joseph Hunnicutt; United States Probation Office,

*Respondents—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-1083

---

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Edwin Oland Andrus, former federal prisoner # 22026-479, was convicted in the Southern District of Texas of coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b) and sentenced to 120 months of imprisonment and seven years of supervised release.  Andrus appeals the

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11031

dismissal of his 28 U.S.C. § 2241 habeas petition in which he challenged the condition of his supervised release restricting Internet access.

The district court correctly dismissed his § 2241 petition because Andrus, in collaterally challenging the condition, does not show that "unusual circumstances make it impossible or impracticable to seek relief in the sentencing court." *Jones v. Hendrix*, 599 U.S. 465, 478 (2023); *see* 28 U.S.C. § 2255(e); *Ojo v. INS*, 106 F.3d 680, 683 (5th Cir. 1997). To the extent that Andrus is challenging the execution of the condition, his conclusional allegations are insufficient to support habeas relief. *See Koch v. Puckett*, 907 F.2d 524, 530 (5th Cir. 1990).

The judgment of the district court is AFFIRMED.